468 A.2d 838

Commonwealth v. McFall, Appellant.

Argued May 31, 1983. Arnold Silverstein, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.